11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Gary Wayne Ferguson

Appellant

Vs.                   No. 11-02-00345-CR -- Appeal
from Dallas County

State of Texas

Appellee

 

Appellant,
Gary Wayne Ferguson, was convicted of felony driving while intoxicated, and his
punishment was assessed at confinement for eight years.  Appellant has filed in this court a motion
to withdraw his appeal in this case. 
The motion is signed by appellant. 
See TEX.R.APP.P. 42.2.  Appellant
states in his motion that his request to withdraw the appeal was based on “a
decision to allow [him] to make parole.” 
The motion is granted.  

The appeal
is dismissed.  

 

PER
CURIAM

 

July 25, 2003  

Do not publish.  See TEX.R.APP.P. 47.2(b). 

Panel consists of: Wright, J., and

McCall, J., and Dickenson, S.J.[1]











[1]Bob Dickenson, Retired Justice, Court of Appeals, 11th
District of Texas at Eastland sitting by assignment.